UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:25-cv-09925-SRM-MAA**                          Date:  **May 4, 2026**

Title    **Ski El Bey v. Los Angeles Homeless Services Authority, et al.**

Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge

|  Marina Moreno-Carrillo  |  N/A  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| :---: | :---: |
| N/A | N/A |

**Proceedings (In Chambers):**          **Order to Show Cause Why This Court Should Not Recommend Dismissal**

On February 3, 2026, the Court issued an Order Dismissing Complaint with Leave to Amend ("Order").  (Order, ECF No. 11.)  The Court ordered Plaintiff Ski El Bey ("Plaintiff") to do one of the following three things no later than March 5, 2026: (1) file a First Amended Complaint ("FAC"); (2) proceed with—and request that the Court reinstate—the Complaint; or (3) voluntarily dismiss the action.  (*Id*. at 11–12.)  The Court cautioned Plaintiff that "**failure to respond to th[e] Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).**"  (*Id*. at 12–13.)

To date, Plaintiff has not responded to the Order.  Plaintiff therefore is **ORDERED TO SHOW CAUSE**, in writing, why the Court should not recommend that the case be dismissed for want of prosecution, **by no later than 30 days from the date of entry of this order**.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files by that date a FAC, a notice that he wishes to proceed with the Complaint, or a Notice of Voluntary Dismissal (form attached to this order), this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the case be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

<u>Attachment</u>

Notice of Voluntary Dismissal Form

| CV-90 (03/15) | Civil Minutes – General | Page **1** of **1** |
| :--- | :---: | ---: |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER |
|---|---|
| Plaintiff(s), | |
| v. | |
| Defendant(s). | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is
dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is
dismissed by the Claimant(s) in its entirety.

☐   **ONLY** Defendant(s) _____

_____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

_____     _____
*Date*                                          *Signature of Attorney/Party*

*NOTE:*   *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*